IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-30009-AA-3 |
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| v. | |
| SERGIO SALDIVAR GUTIERREZ, | |
| Defendant. | |

This matter is before the Court on the motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by three years supervised release. The effective date of the time served sentence shall be 48 hours after this order is signed. All other terms and conditions of supervised release shall remain in full force and effect.

The Court concludes that the defendant's release pursuant to this order is consistent with any currently applicable United States Sentencing Commission policy statements. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this  26th  day of May, 2022.

        /s/Ann Aiken
        The Honorable Ann Aiken
        United States District Court Judge